STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MILTON POLLACK, DEFENDANT-PETITIONER.

*Messrs. Wilentz, Goldman & Spitzer* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. William A. O'Brien* for the respondent.

September 30, 1963.  Granted.

SAMUEL PARIS, PLAINTIFF-RESPONDENT, v. MERLE B. KENWOOD, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Irving I. Rubin* for the petitioners.

*Messrs. Weltchek & Weltchek* for the respondent.

September 30, 1963.  Denied.